September 08, 2015

Clerk of Court
Court of Appeals-First District
301 Fannin Street
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP - 9 2015

CHRISTOPHER A PRINE
CLERK

Case No. 01-15-00413-CV : Boykin V. Tauss, et al

Dear Clerk :

On May 04, 2015 : a notice of appeal was filed in the state's district court concerning this appeal case number: 01-15-00413-CV.

After a untimely delay, Appellant has NOT been instructed to submit his appellate brief.

Will the court please issue a due date for Appellant to submit his appellate brief for a disposition with the First Court of Appeals via Appellate Review.

Sincerely,

John Henry Boykin,
Pro-Se Appellant

USA
FOREVER

NORTH HOUSTON TX 773

18 SEP 2015 PM 2 L

John Henry Boykin #1397772
Ramsey Unit, 1100 FM 655
Rosharon, TX 77583

Court of Appeals - First District
301 Fannin Street
Houston, Texas 77002-2066

77002206659

**MAIL RECEIVED**

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 0 9 2015

CHRISTOPHER A. PRINE
CLERK